**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 2, 2021

**BY ECF**

Honorable John P. Cronan
United States District Judge
Southern District of New York
New York, New York 10007

Re:   United States v. Jose Gonzalez
      21 Cr. 522 (JPC)

Dear Judge Cronan:

   I am the attorney for Jose Gonzalez, the defendant in the above-captioned case, and write to request a thirty-day adjournment of the next appearance, which is currently scheduled for November 4, 2021. Unfortunately, I will be away for a work-related conference in Montgomery, Alabama and will be unavailable for the court proceeding

   I have conferred with AUSA Matthew Weinberg and I understand that he does not object to this adjournment. Thank you for your consideration of this request.

                                    Respectfully Submitted,

                                    /s/ Marisa K. Cabrera
                                    Marisa K. Cabrera, Esq.
                                    Assistant Federal Defender
                                    Tel.: (917) 890-7612

cc:   AUSA Matthew Weinberg (by ECF)

By November 3, 2021, each parties shall submit a letter with their view as to whether, if the Court grants the motion to adjourn, time should be excluded under the Speedy Trial Act. Any party that requests the exclusion of time should also provide the basis for the exclusion.

SO ORDERED.

Date:   November 2, 2021
        New York, New York

                                    *[signature]*
                                    _____
                                    JOHN P. CRONAN
                                    United States District Judge