UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                       :

UNITED STATES OF AMERICA                              :

                  -v-                                                         :                  21 Cr. 522 (JPC)

JOSE GONZALEZ,                                          :                  <u>ORDER</u>

                  Defendant.                      :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Upon the application of the United States of America, by and through Damian Williams, United States Attorney for the Southern District of New York, Matthew Weinberg, Assistant United States Attorney, of counsel, and with the consent of Jose Gonzalez, by and through his attorney, Marisa Cabrera, it is hereby ORDERED that the time from the date of this order until the date of the next pretrial conference on December 3, 2021, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Court finds that the ends of justice served by granting this exclusion outweigh the best interest of the public and the defendant in a speedy trial because granting an exclusion will allow the defendant to continue reviewing discovery and for the parties to conduct pre-trial negotiations.

      The pretrial conference scheduled for November 4, 2021, at 2:00 p.m. is adjourned until December 3, 2021 at 9:00 a.m.  The Clerk of the Court is respectfully directed to close the motions pending at Docket Numbers 16, 18, and 19.

      SO ORDERED.

Dated: November 3, 2021
      New York, New York                                  _____
                                                            JOHN P. CRONAN
                                                            United States District Judge