March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -v-

Jose Gonzalez         ,
                    Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 522 (JPC) (__)

Defendant __Jose Gonzalez_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- ___ Initial Appearance

- ___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- ___ Preliminary Hearing on Felony Complaint

- ___ Bail/Revocation/Detention Hearing

- _X_ Status and/or Scheduling Conference

- ___ Misdemeanor Plea/Trial/Sentence

Jose Gonzalez
By: _/s/ John P. Cu_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Jose Gonzalez**
Print Defendant's Name

Marisa K. Cabrera
_Digitally signed by Marisa K. Cabrera_
_Date: 2021.12.01 12:07:01 -05'00'_
Defense Counsel's Signature

**Marisa K. Cabrera**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

12/3/21                                    _/s/ John P. Cronan_____
Date                                       U.S. District Judge/U.S. Magistrate Judge