UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
           :
UNITED STATES OF AMERICA           :
           :
        -v-               :         21 Cr. 522 (JPC)
           :
JOSE GONZALEZ,           :         <u>ORDER</u>
           :
        Defendant.           :
           :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 3, 2021, the Court scheduled this case to be ready for trial to begin on or about July 18, 2022. By no later than May 10, 2022, the parties shall submit a joint letter to the Court with their current views on whether they still expect the case to proceed to trial as scheduled.

SO ORDERED.

Dated: May 3, 2022
      New York, New York
                                                       JOHN P. CRONAN
                                                       United States District Judge