**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 30, 2022

**BY ECF**

Honorable John P. Cronan
United States District Judge
Southern District of New York
New York, New York 10007

Re:   **United States v. Jose Gonzalez**
       **21 Cr. 522 (JPC)**

*The request is granted. The sentencing scheduled for October 17, 2022 is adjourned until December 12, 2022 at 10:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, New York 10007. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 26.*

*SO ORDERED.*
*Date: October 3, 2022*
*New York, New York*

JOHN P. CRONAN
United States District Judge

Dear Judge Cronan:

    I am the attorney for Jose Gonzalez, the defendant in the above-captioned case, and write to request a forty-five-day adjournment of the sentencing proceeding, which is currently scheduled for October 17, 2022. This adjournment is necessary as the defense is still gathering documentation that will enable us to effectively represent Mr. Gonzalez at sentencing.

    I have conferred with AUSA Matthew Weinberg and I understand that he does not object to this adjournment. This is the first request for an adjournment of sentencing. Thank you for your consideration of this request.

Respectfully Submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (917) 890-7612

cc:   AUSA Matthew Weinberg (by ECF)